UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

AUG 21 2009

, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIMINAL NO. |
| MOHAMMED ABDULAZZ AL-ZEHAIRI | § | **H-09- 496** |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

That on or about January 12, 2002, in the Southern District of Texas and elsewhere, the defendant

MOHAMMED ABDULAZZ AL-ZEHAIRI

did knowingly possess, use, obtain or caused to be obtained a United States Visa for a domestic employee knowing the United States Visa was procured by means of a false statement or fraud.

All in violation of Title 18, United States Code, Section 1546(a).

TIM JOHNSON
UNITED STATES ATTORNEY

By: _____
RUBEN R. PEREZ
Assistant United States Attorney

By: _____
JOE MAGLIOLO
Assistant United States Attorney