| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

UNITED STATES OF AMERICA, §
§
Plaintiff, §
§
versus §
§ CRIMINAL H-09-496
§
MOHAMMED ABDULAZZ AL-ZEHAIRI, §
§
Defendant. §

## Order

Payment of restitution is not a condition of Mohammed Abdulazz Al-Zehairi's probation.

Signed September __28__, 2009, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge